UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                            Chapter 13

GERTRUDE CLYDE,                                                         Case No. 19-11922-LMI

Debtor

## NOTICE OF WITHDRAWAL OF COUNSEL FOR TOWN PARK PLAZA NORTH CONDOMINIUM ASSOICATION, INC.

CHARLES F. OTTO, ESQ., TARA N. MULREY, ESQ., and STRALEY | OTTO, pursuant to L.R. 2091-1(A), hereby notifies the Court, the Clerk of Court, Creditor TOWN PARK PLAZA NORTH CONDOMINIUM ASSOICATION, INC., the Debtor, the Trustee, the U.S. Trustee, and their attorneys, that it has withdrawn as counsel for TOWN PARK PLAZA NORTH CONDOMINIUM ASSOICATION, INC., in this matter. All further payments, papers, pleadings, and other correspondence in this matter should be forwarded directly to TOWN PARK PLAZA NORTH CONDOMINIUM ASSOCIATION, INC.:

via regular mail and Email
Town Park Plaza North Condominium Association, Inc.
c/o Atlas Property Management Services, Inc.
1500 NW 89th Court Suite 202
Doral, FL 33136
tppncboard@gmail.com; quinn3350@googlemail.com

Respectfully submitted this 25th day of September, 2023.

**I HEREBY CERTIFY** that, on September 25, 2023 a true and correct copy of the foregoing was served by Notice of electronic filing via CM/ECF to all parties registered on the attached Service List and by regular U.S. Mail to all parties not registered on the attached Service List.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court pursuant to Local Rule 2090-1(A).

  /s/ *Tara N. Mulrey*
Tara N. Mulrey, Esquire
Fla. Bar No.: 123890
STRALEY | OTTO
2699 Stirling Road, Ste. C-207
Fort Lauderdale, FL 33312
Telephone: 954/962-7367
Facsimile: 954/962-7423
attorney@straleyotto.com
tmulrey@straleyotto.com
tmartin@straleyotto.com

SERVICE LIST

Synchrony Bank
PRA Receivables Management, LLC
PB Box 41021
Norfolk, VA 23541

US Department of Education
PO Box 790321
St. Louis, MO 63179

Nancy K. Neidich, Trustee
POB 279806
Miramar, FL 33027

Town Park Plaza North Condominium Association, Inc.
c/o Atlas Property Management Services, Inc.
1500 NW 89th Court Suite 202
Doral, FL 33136
tppncboard@gmail.com; quinn3350@googlemail.com